ACCEPTED
01-12-01108-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/8/2015 9:25:08 AM
CHRISTOPHER PRINE
CLERK

**NO. 01-12-01108-CV**

**IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/8/2015 9:25:08 AM

CHRISTOPHER A. PRINE
~~Clerk~~

**TELICIA OWENS,**
*Appellant*,

**V.**

**MEMORIAL HERMANN HOSPITAL SYSTEM D/B/A MEMORIAL HERMANN –
TEXAS MEDICAL CENTER, *ET AL.*,**
*Appellees.*

**On Appeal from the 152nd Judicial District Court of Harris County, Texas
Trial Court Cause No. 2012-07534**

**MEMORIAL HERMANN HOSPITAL SYSTEM D/B/A MEMORIAL HERMANN –
TEXAS MEDICAL CENTER'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE A MOTION FOR REHEARING AND/OR
A MOTION FOR EN BANC RECONSIDERATION**

Richard M. Law
State Bar No. 12004500
Angela M. Nolan
State Bar No. 00798400
Smith Adams Law Feehan LLP
1415 Louisiana, Suite 3800
Houston, Texas 77002
(713) 652-3200 – Telephone
(713) 652-6000 – Facsimile

**ATTORNEYS FOR APPELLEE,
MEMORIAL HERMANN HOSPITAL SYSTEM D/B/A MEMORIAL HERMANN –
TEXAS MEDICAL CENTER**

**MEMORIAL HERMANN HOSPITAL SYSTEM D/B/A MEMORIAL HERMANN –
TEXAS MEDICAL CENTER'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE A MOTION FOR REHEARING AND/OR
A MOTION FOR EN BANC RECONSIDERATION**

Appellee, **MEMORIAL HERMANN HOSPITAL SYSTEM D/B/A MEMORIAL HERMANN – TEXAS MEDICAL CENTER** ("Memorial Hermann"), files this Unopposed Motion respectfully requesting an extension of forty-five (45) days to file a Motion for Rehearing and/or a Motion for En Banc Reconsideration in this matter. In support of the same, Memorial Hermann shows the Court the following:

1. Appellees are Memorial Hermann Hospital System d/b/a Memorial Hermann – Texas Medical Center, Kenneth A. Totz, D.O., Krista G. Handyside, M.D., and Samuel J. Prater, M.D.; Appellant is Telicia Owens.

2. This Unopposed Motion is filed within any deadlines contemplated under Texas Rules of Appellate Procedure 10.1, 10.5, and 49.

3. This Motion for Extension is unopposed.

4. The Court may grant an extension of time under the authority of Texas Rule of Appellate Procedure 10.5(b).

5. This is an unopposed motion requesting an extension of time to file a Motion for Rehearing and/or a Motion for En Banc Reconsideration of the Judgment and Opinion entered by this Court on April 23, 2015. The current deadline to file

2

Memorial Hermann's Motion for Rehearing and/or Motion for En Banc Reconsideration is May 8, 2015.

6.      Memorial Hermann requests an additional forty-five (45) days to file its Motion for Rehearing and/or Motion for En Banc Reconsideration, extending the time that the motions are due until June 22, 2015.

7.      Memorial Hermann does not seek this extension for reasons of delay, but so counsel may have more time for consideration of appellate issues and so that justice may be done.

8.      Memorial Hermann has sought no prior extensions to file these motions.

9.      For the above reasons, Memorial Hermann respectfully requests that the Court grant an extension of time to file its Motion for Rehearing and/or Motion for En Banc Reconsideration until June 22, 2015.

10.    Memorial Hermann respectfully requests all other appropriate relief.

Respectfully submitted,

**SMITH ADAMS LAW FEEHAN LLP**


*/s/  Angela M. Nolan*
**Richard M. Law**
Texas Bar No. 12004500
Richard@SmithAdamsLaw.com
**Angela M. Nolan**
Texas Bar No. 00798400
Angela@SmithAdamsLaw.com
1415 Louisiana, Suite 3800
Houston, Texas  77002
(713) 652-3200 Phone
(713) 652-6000 Fax

**ATTORNEYS FOR APPELLEE,
MEMORIAL HERMANN HOSPITAL SYSTEM
D/B/A MEMORIAL HERMANN – TEXAS
MEDICAL CENTER**

4

## CERTIFICATE OF CONFERENCE

Counsel for Memorial Hermann has conferred with Appellant's counsel regarding this Motion for Extension of Time to File a Motion for Rehearing and/or a Motion for En Banc Reconsideration. Appellant's counsel is unopposed.

/s/ Angela M. Nolan
Angela M. Nolan

## CERTIFICATE OF SERVICE

I, Charles B. Holm, hereby certify that a true and correct copy of the foregoing instrument was provided to all counsel of record in accordance with the applicable Texas Rules of Appellate Procedure on this the 8th day of May, 2015.

Reginald E. McKamie, Sr.
Law Offices of Reginald E. McKamie, Sr.
1210 Antoine Drive, Suite 100
Houston, Texas 77055
*Via Facsimile: (713) 465-2894*

Charles B. Holm
Holm Bambace LLP
1010 Lamar, Suite 100
Houston, Texas 77002
*Via Facsimile: (713) 652-9702*

Frank A. Doyle
Gabe A. Sassin
Myers Doyle
7676 Woodway, Suite 350
Houston, Texas 77063
*Via Facsimile: (713) 278-9163*

/s/ Angela M. Nolan
Angela M. Nolan